UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JANE BUCK**

  *And others similarly situated*

      **Plaintiffs,**

                               **CASE NO.: 6:08-CV-477-Orl-31DAB**

**vs.**

**ANDERSON-COLLINS, INC, f/k/a SANFORD-ORLANDO KENNEL CLUB INC., a Florida Corporation, COLLINS & COLLINS d/b/a CCC RACING, a General Partnership, and JACK COLLIN, JR., Individually,**

      **Defendants,**
_____/

## DEFENDANT'S VERIFIED SUMMARY

Defendants Anderson-Collins, Inc. f/k/a Sanford-Orlando Kennel Club, Inc., a Florida Corporation, Collins & Collins d/b/a CCC Racing, a General Partnership and Jack Collins, Jr., individually (hereinafter "Defendants"), by and through their undersigned Counsel, hereby provides their Verified Summary as follows:

1. All hours worked by Plaintiff Jane Buck, during her employment with any Defendant.

**Jane Buck**
**Hire Date 1/12/2005**
**3/29/2005-12/22/2007**

| Date | Pay Rate | SOKC Hours | Pay Rate | CCC Hours | Pay Rate | Jack Collins, Jr. |
|---|---|---|---|---|---|---|
| 3/29/2005 | $6.00 | 9 | | | $0.00 | 0 |
| 4/5/2005 | $6.00 | 8 | | | $0.00 | 0 |
| 4/12/2005 | $6.00 | 9 | | | $0.00 | 0 |
| 4/19/2005 | $6.00 | 8 | | | $0.00 | 0 |
| 4/26/2005 | $6.00 | 8 | | | $0.00 | 0 |
| 5/3/2005 | | | $6.15 | 10 | $0.00 | 0 |
| 5/10/2005 | | | $6.15 | 12 | $0.00 | 0 |
| 5/17/2005 | | | $6.15 | 0 | $0.00 | 0 |
| 5/24/2005 | | | $6.15 | 7 | $0.00 | 0 |
| 5/31/2005 | | | $6.15 | 4 | $0.00 | 0 |
| 6/7/2005 | | | $6.15 | 0 | $0.00 | 0 |
| 6/14/2005 | | | $6.15 | 4 | $0.00 | 0 |
| 6/21/2005 | | | $6.15 | 0 | $0.00 | 0 |
| 6/28/2005 | | | $6.15 | 0 | $0.00 | 0 |
| 7/5/2005 | | | $6.15 | 0 | $0.00 | 0 |
| 7/12/2005 | | | $6.15 | 0 | $0.00 | 0 |
| 7/19/2005 | | | $6.15 | 0 | $0.00 | 0 |
| 7/26/2005 | | | $6.15 | 0 | $0.00 | 0 |
| 8/2/2005 | | | $6.15 | 4 | $0.00 | 0 |
| 8/9/2005 | | | $6.15 | 0 | $0.00 | 0 |
| 8/16/2005 | | | $6.15 | 4 | $0.00 | 0 |
| 8/23/2005 | | | $6.15 | 0 | $0.00 | 0 |
| 8/30/2005 | | | $6.15 | 4 | $0.00 | 0 |
| 9/6/2005 | | | $6.15 | 0 | $0.00 | 0 |
| 9/13/2005 | | | $6.15 | 0 | $0.00 | 0 |
| 9/20/2005 | | | $6.15 | 2 | $0.00 | 0 |
| 9/27/2005 | | | $6.15 | 0 | $0.00 | 0 |
| 10/4/2005 | | | $6.15 | 4 | $0.00 | 0 |
| 10/11/2005 | | | $6.15 | 0 | $0.00 | 0 |
| 10/18/2005 | | | $6.15 | 0 | $0.00 | 0 |
| 10/25/2005 | | | $6.15 | 0 | $0.00 | 0 |
| 11/1/2005 | $6.00 | 4 | | | $0.00 | 0 |
| 11/8/2005 | $6.15 | 4 | | | $0.00 | 0 |
| 11/15/2005 | $6.15 | 2 | | | $0.00 | 0 |
| 11/22/2005 | $6.15 | 9 | | | $0.00 | 0 |
| 11/29/2005 | $6.15 | 1 | | | $0.00 | 0 |
| 12/6/2005 | $6.15 | 0 | | | $0.00 | 0 |
| 12/13/2005 | $6.15 | 2 | | | $0.00 | 0 |
| 12/20/2005 | $6.15 | 4 | | | $0.00 | 0 |
| 12/27/2005 | $6.15 | 0 | | | $0.00 | 0 |
| 1/3/2006 | $6.40 | 0 | | | $0.00 | 0 |
| 1/10/2006 | $6.40 | 0 | | | $0.00 | 0 |
| 1/17/2006 | $6.40 | 3 | | | $0.00 | 0 |
| 1/24/2006 | $6.40 | 20 | | | $0.00 | 0 |
| 1/31/2006 | $6.40 | 21 | | | $0.00 | 0 |
| | | | | | $0.00 | 0 |
| **Subtotal Hrs** | | 112 | | 55 | | 0 |

| Date | Pay Rate | SOKC | Pay Rate | CCC | Pay Rate | Jack Collins, Jr. |
|---|---|---|---|---|---|---|
| 2/7/2006 | $6.40 | 13 | | | $0.00 | 0 |
| 2/14/2006 | $6.40 | 15 | | | $0.00 | 0 |
| 2/21/2006 | $6.40 | 16 | | | $0.00 | 0 |
| 2/28/2006 | $6.40 | 15 | | | $0.00 | 0 |
| 3/7/2006 | $6.40 | 15 | | | $0.00 | 0 |
| 3/14/2006 | $6.40 | 12 | | | $0.00 | 0 |
| 3/21/2006 | $6.40 | 13 | | | $0.00 | 0 |
| 3/28/2006 | $6.40 | 8 | | | $0.00 | 0 |
| 4/4/2006 | $6.40 | 13 | | | $0.00 | 0 |
| 4/11/2006 | $6.40 | 13 | | | $0.00 | 0 |
| 4/18/2006 | $6.40 | 14 | | | $0.00 | 0 |
| 4/25/2006 | $6.40 | 7 | | | $0.00 | 0 |
| 5/2/2006 | | | $6.15 | 12 | $0.00 | 0 |
| 5/9/2006 | | | $6.40 | 15 | $0.00 | 0 |
| 5/16/2006 | | | $6.40 | 18 | $0.00 | 0 |
| 5/23/2006 | | | $6.40 | 13 | $0.00 | 0 |
| 5/30/2006 | | | $6.40 | 12 | $0.00 | 0 |
| 6/6/2006 | | | $6.40 | 7 | $0.00 | 0 |
| 6/13/2006 | | | $6.40 | 0 | $0.00 | 0 |
| 6/20/2006 | | | $6.40 | 0 | $0.00 | 0 |
| 6/27/2006 | | | $6.40 | 0 | $0.00 | 0 |
| 7/4/2006 | | | $6.40 | 0 | $0.00 | 0 |
| 7/11/2006 | | | $6.40 | 0 | $0.00 | 0 |
| 7/18/2006 | | | $6.40 | 0 | $0.00 | 0 |
| 7/25/2006 | | | $6.40 | 0 | $0.00 | 0 |
| 8/1/2006 | | | $6.40 | 0 | $0.00 | 0 |
| 8/8/2006 | | | $6.40 | 0 | $0.00 | 0 |
| 8/15/2006 | | | $6.40 | 12 | $0.00 | 0 |
| 8/22/2006 | | | $6.40 | 7 | $0.00 | 0 |
| 8/29/2006 | | | $6.40 | 20 | $0.00 | 0 |
| 9/5/2006 | | | $6.40 | 13 | $0.00 | 0 |
| 9/12/2006 | | | $6.40 | 4 | $0.00 | 0 |
| 9/19/2006 | | | $6.40 | 9 | $0.00 | 0 |
| 9/26/2006 | | | $6.40 | 9 | $0.00 | 0 |
| 10/3/2006 | | | $6.40 | 10 | $0.00 | 0 |
| 10/10/2006 | | | $6.40 | 12 | $0.00 | 0 |
| 10/17/2006 | | | $6.40 | 10 | $0.00 | 0 |
| 10/24/2006 | | | $6.40 | 8 | $0.00 | 0 |
| 10/31/2006 | $6.40 | 3 | | | $0.00 | 0 |
| 11/7/2006 | $6.40 | 21 | | | $0.00 | 0 |
| 11/14/2006 | $6.40 | 11 | | | $0.00 | 0 |
| 11/21/2006 | $6.40 | 16 | | | $0.00 | 0 |
| 11/28/2006 | $6.40 | 17 | | | $0.00 | 0 |
| 12/5/2006 | $6.40 | 17 | | | $0.00 | 0 |
| 12/12/2006 | $6.40 | 18 | | | $0.00 | 0 |
| 12/19/2006 | $6.40 | 14 | | | $0.00 | 0 |
| 12/26/2006 | $6.40 | 8 | | | $0.00 | 0 |
| 1/2/2007 | $6.40 | 20 | | | $0.00 | 0 |
| 1/9/2007 | $6.67 | 12 | | | $0.00 | 0 |
| 1/16/2007 | $6.67 | 11 | | | $0.00 | 0 |
| 1/23/2007 | $6.67 | 11 | | | $0.00 | 0 |
| 1/30/2007 | $6.67 | 12 | | | $0.00 | 0 |
| **Subtotal Hrs** | | 345 | | 191 | | 0 |

| Date | Pay Rate | SOKC | Pay Rate | CCC | Pay Rate | Jack Collins, Jr. |
|---|---|---|---|---|---|---|
| 2/6/2007 | $6.67 | 13 | | | $0.00 | 0 |
| 2/13/2007 | $6.67 | 13 | | | $0.00 | 0 |
| 2/20/2007 | $6.67 | 13 | | | $0.00 | 0 |
| 2/27/2007 | $6.67 | 14 | | | $0.00 | 0 |
| 3/6/2007 | $6.67 | 14 | | | $0.00 | 0 |
| 3/13/2007 | $6.67 | 14 | | | $0.00 | 0 |
| 3/20/2007 | $6.67 | 20 | | | $0.00 | 0 |
| 3/27/2007 | $6.67 | 12 | | | $0.00 | 0 |
| 4/3/2007 | $6.67 | 13 | | | $0.00 | 0 |
| 4/10/2007 | $6.67 | 20 | | | $0.00 | 0 |
| 4/17/2007 | $6.67 | 18 | | | $0.00 | 0 |
| 4/24/2007 | $6.67 | 16.5 | | | $0.00 | 0 |
| 5/1/2007 | | | $6.67 | 8 | $0.00 | 0 |
| 5/8/2007 | | | $6.67 | 8.75 | $0.00 | 0 |
| 5/15/2007 | | | $6.67 | 16 | $0.00 | 0 |
| 5/22/2007 | | | $6.67 | 11 | $0.00 | 0 |
| 5/29/2007 | | | $6.67 | 8 | $0.00 | 0 |
| 6/5/2007 | | | $6.67 | 16 | $0.00 | 0 |
| 6/12/2007 | | | $6.67 | 17 | $0.00 | 0 |
| 6/19/2007 | | | $6.67 | 8 | $0.00 | 0 |
| 6/26/2007 | | | $6.67 | 13.5 | $0.00 | 0 |
| 7/3/2007 | | | $6.67 | 13.75 | $0.00 | 0 |
| 7/10/2007 | | | $6.67 | 13.75 | $0.00 | 0 |
| 7/17/2007 | | | $6.67 | 14.5 | $0.00 | 0 |
| 7/24/2007 | | | $6.67 | 22.5 | $0.00 | 0 |
| 7/31/2007 | | | $6.67 | 14.25 | $0.00 | 0 |
| 8/7/2007 | | | $6.67 | 23.5 | $0.00 | 0 |
| 8/14/2007 | | | $6.67 | 13 | $0.00 | 0 |
| 8/21/2007 | | | $6.67 | 17 | $0.00 | 0 |
| 8/28/2007 | | | $6.67 | 10.25 | $0.00 | 0 |
| 9/4/2007 | | | $6.67 | 21.75 | $0.00 | 0 |
| 9/11/2007 | | | $6.67 | 13 | $0.00 | 0 |
| 9/18/2007 | | | $6.67 | 2 | $0.00 | 0 |
| 9/25/2007 | | | $6.67 | 14 | $0.00 | 0 |
| 10/2/2007 | | | $6.67 | 22.25 | $0.00 | 0 |
| 10/9/2007 | | | $6.67 | 14 | $0.00 | 0 |
| 10/16/2007 | | | $6.67 | 11 | $0.00 | 0 |
| 10/20/2007 | | | $6.67 | 0 | $0.00 | 0 |
| 10/27/2007 | | | $6.67 | 0 | $0.00 | 0 |
| 11/3/2007 | | | | | $0.00 | 0 |
| 11/17/2007 | | | | | $0.00 | 0 |
| 11/24/2007 | | | | | $0.00 | 0 |
| 12/1/2007 | | | | | $0.00 | 0 |
| 12/8/2007 | | | | | $0.00 | 0 |
| 12/15/2007 | | | | | $0.00 | 0 |
| 12/22/2007 | | | | | $0.00 | 0 |
| **Subtotal Hrs** | | 180.5 | | 346.75 | | 0 |
| **Total Hours** | | 637.5 | | 592.75 | | 0 |


2. Plaintiff Buck's rate of pay was $6.00 from March 29, 2005 thru April 26, 2005 and on November 1, 2005; $6.15 from May 3, 2005 thru October 25, 2005, November 8, 2005 thru December 27, 2005 and May 2, 2006; $6.40 from January 3, 2006 thru January 2, 2007 and $6.67 from January 9, 2007 thru October 27, 2007 per hour. Ms. Buck received no overtime as Defendants were exempt from the overtime requirements of the Fair Labor Standards Act (FLSA).

3. Copy of available time sheets and payroll records that support or related to the time periods in the Verified Summary were provided to Plaintiff's counsel on April 18, 2008.

Dated this 11th day of June 2008.

Respectfully Submitted,

/s/Barnett Q. Brooks, Esq.
BARNETT Q. BROOKS
Florida Bar No: 0700061
LaKesia R. Mosley, Esquire
Florida Bar No. 0644021
E-Mail:
lakesia.mosley@ogletreedeakins.com
Ogletree, Deakins, Nash
Smoak & Stewart
100 North Tampa Street
Tampa, FL 33602
Tel: (813) 221-7244
Fax: (813) 289-6530
Email:Barnett.Brooks@odnss.com
Attorneys for Defendants

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the *Defendant's Verified Summary of Jane Buck* was sent via CM/ECF to the following:  Konstantine E. Pantas, Esq**., Pantas Law Firm, PA, 250 North Orange Avenue, Eleventh Floor, Orlando, Florida 32801, on this 11th day of June, 2008.**

/s/Barnett Q. Brooks, Esq.
BARNETT Q. BROOKS, ESQ.
Attorney for Defendants

6385226.1